■ In the Matter of the Claim of ANNA LIMOLI, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [616 NYS2d 559] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 31, 1992, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

The Board found that the employer's remark questioning claimant's competence as a bookkeeper was isolated and done to protect the employer's business from other possible costly errors. The Board also found that the employer was satisfied with claimant's work and that there was continuing work available for claimant. Given these findings and the record before us, there is substantial evidence to support the Board's conclusion that claimant voluntarily left her job without good cause for personal, noncompelling reasons.

Mikoll, J. P., Mercure, Weiss, Yesawich Jr. and Peters, JJ., concur. Ordered that the decision is affirmed, without costs.

■ DODD KLEINSCHMIDT, Appellant, v BRUCE THOMPSON, Doing Business as THE RUSTY NAIL, Respondent. [616 NYS2d 265] —Appeal from an order of the Supreme Court (Ryan, Jr., J.), entered September 8, 1993 in Clinton County, which granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Andrew W. Ryan, Jr.

Mikoll, J. P., Crew III, White, Yesawich Jr. and Peters, JJ., concur. Ordered that the order is affirmed, with costs.